12-27-14

Notification for late record!

Dear Sir,

Would please like more days, for filing due to unable make arrangements with court reporter due to Xmas holidays.

Thank Yu
Juan A. Costillo
956-235-1257

Court appeals # 04-14-00874-CV

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2014 DEC 29 PM 2:27

Keith E. Hottle



Juan A. Castillo
6425 Meadowsert #1701
Laredo, TX 78041

USPS
POSTAGE CENTER PLUS 78045
NOV 27 2014

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2014 DEC 29 PM 12: 04

KEITH E. HOTTLE, CLERK

Fourth Court of appeals
Cadena Reeves Justice Ctr.
300 Dolorosa, Ste 3200
San Antonio, TX. 78205-3037

7013 3020 0001 2316 9866

CERTIFIED MAIL™

DEC 17 2014

MAILED FROM ZIP CODE 78045
02 1P $00 5790
0001 P812 DEC 27 2014
POSTAL C5N

7013 3020 0001 2316 9866

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE